THOMAS P. O'BRIEN  
United States Attorney  
SANDRA R. BROWN  
Assistant United States Attorney  
Chief, Tax Division  
ANDREW PRIBE (CA SBN # 254904)  
Assistant United States Attorney  
300 N. Los Angeles Street  
Federal Building, Room 7211  
Los Angeles, CA 90012  
    Telephone: (213) 894-6551  
    Facsimile: (213) 894-0115  
    E-mail: andrew.t.pribe@usdoj.gov

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAGUIRE PARTNERS - MASTER INVESTMENTS, LLC, MAGUIRE PARTNERS, INC., TAX MATTERS PARTNERS, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Consolidated Case No.: <br> CV 06–07371-JFW (RZx) <br><br> Related Case Nos.: <br><br> CV 06-7374-JFW (Rzx) √ <br> CV 06-7376-JFW (RZx) <br> CV 06-7377-JFW (RZx) <br> CV 06-7380-JFW (RZx) <br><br> **Judgment** |

    For the reasons set forth in the Court's findings of fact and conclusions of law, dated February 4, 2009, (dkt. 140), the Court denies Plaintiffs' request to readjust partnership items for 2001 and 2002 of Maguire Partners - Master Investments, LLC; Thomas Division Partnership, L.P.; Thomas Investment Partners, Ltd.; Thomas Master Investments, L.P.; and Huntington/Fox Investments, L.P. The adjustments set forth in the Notices of Final Partnership Administrative Adjustments (FPAAs) are correct. Further, the accuracy-related penalties specified in the FPAAs were appropriately imposed and there are no partnership-level defenses to those penalties.

    Judgment is entered in favor of the United States and against Maguire Partners - Master Investments, LLC, Maguire Partners, Inc., Tax Matters Partner,

1 in case no. CV 06-7371; Thomas Division Partnership, L.P., Thomas Investment
2 Partners, Ltd., Tax Matters Partner, in case no. CV 06-7374; Thomas Investment
3 Partners, Ltd., Thomas Partners, Inc., Tax Matters Partner, in case no. CV 06-7376;
4 Thomas Master Investments, L.P., Thomas Partners, Inc., Tax Matters Partner, in
5 case no. CV 06-7377; and Huntington/Fox Investments, L.P., Edward D. Fox, Jr.,
6 Tax Matters Partner, in case no. CV 06-7380.

The United States is entitled to costs pursuant to Rule 54(d)(1), Federal Rules of Civil Procedure, in amounts to be determined.

IT IS SO ORDERED:

DATED: March 3, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE