1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Maguire Partners Master      )   Case No. **CV 06-7371-JFW (RZx)**
    Investments LLC, et al.,     )
12                               )   Related Case Nos.:
              Plaintiff,         )
13                               )   CV 06-7374-JFW (RZx)√
         v.                      )   CV 06-7376-JFW (RZx)
14                               )   CV 06-7377-JFW (RZx)
    United States of America,    )   CV 06-7380-JFW (RZx)
15                               )
              Defendant.         )   **AMENDED JUDGMENT**
16  _____)
17
18
19
20
21
22
23
24
25
26
27
28

    For the reasons set forth in the Court's Amended Findings of Fact and Conclusions of Law, dated December 11, 2009, the Court denies Plaintiffs' request to readjust partnership items for 2001 and 2002 of Maguire Partners – Master Investments, LLC; Thomas Division Partnership, L.P.; Thomas Investment Partners, Ltd.; Thomas Master Investments, L.P.; and Huntington/Fox Investments, L.P.  The adjustments set forth in the Notices of Final Partnership Administrative Adjustments (FPAAs) are correct.  In addition, the accuracy-related penalties specified in the PFAAs relating to the partnerships' negligence and disregard of the rules and regulations were appropriately imposed and Plaintiffs have no partnership-level defenses to those penalties.  The accuracy-related penalties specified in the FPAAs pertaining to gross-valuation misstatements and substantial-valuation misstatements are not sustained.

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, THAT:

    Judgment is entered in favor of the United States and against Maguire Partners – Master Investments, LLC, Maguire Partners, Inc., Tax Matters Partner, in Case No. CV 06-7371; Thams Division Partnership, L.P., Thomas Investment Partners, Ltd., Tax matters Partner, in Case No. CV 06-7374; Thomas Investment Partners, Ltd., Thomas Partners, Inc., Tax Matters Partner, in Case No. CV 06-7376; Thomas Master Investments, L.P., Thomas Partners, Inc., Tax Matters Partner, in Case No.

CV 06-7377; and Huntington/Fox Investments, L.P., Edward D. Fox, Jr., Tax Matters Partner, in Case No. CV 06-7380.

    The United States is entitled to costs pursuant to Rule 54(d)(1), Federal Rules of Civil Procedure, in amounts to be determined.

Dated: December 11, 2009        *[signature]*
                                        JOHN F. WALTER
                             UNITED STATES DISTRICT JUDGE